UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

In Re:

Jeffrey Dorian Odom
aka Jeffery D Odom

Case No.: 17-32189

Chapter: 13

Adv. No.: __________

Hearing Date: September 19, 2019 at 10:00 AM

Hon. Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

☐ represent ____________________ in the this matter.

☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents SN Servicing Corporation in the this matter.

☐ am the ________________ in the this case and am representing myself.

2. On August 23, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Motion for Relief from Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 23, 2019

/s/ Theodore Weber
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey Dorian Odom<br>1243 Whelan Place<br>Rahway, NJ 07065<br><br>Violet Lambert<br>1243 Whelan Place<br>Rahway, NJ 07065 | Debtor(s)<br><br>Non-Filing<br>Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Herbert B. Raymond<br>7 Glenwood Ave<br>Suite #408<br>4th Floor<br>East Orange, NJ 07017 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________________<br>(as authorized by the court *) |